1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES BARKSDALE, | No. 2:19-cv-02071 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER and FINDINGS AND RECOMMENDATIONS |
| JUAN, et al., , | |
| Defendants. | |

By an order filed August 5, 2020, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on defendant. That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

1

may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 14, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bark2071.fusm.docx

2